# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:06-CV-240

DUKE ENERGY CORPORATION,
DUKE POWER COMPANY, LLC f/k/a
DUKE ENERGY CORPORATION,

    Plaintiffs,

v.

THE UNITED STATES,

    Defendant.

**ORDER**

Upon motion, for good cause shown, it is ordered that attorney Thomas E. Borton, IV, is hereby admitted *pro hac vice* for the purpose of representing the Plaintiffs, Duke Energy Corporation and Duke Power Company, LLC f/k/a Duke Energy Corporation, in the above-captioned action. Consistent with local rule, the appropriate fee should be forwarded to the Clerk of Court.

Signed: June 29, 2006

_____
David C. Keesler
United States Magistrate Judge