IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| DUKE ENERGY CORPORATION, et al. | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 3:06cv240- H |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

IT IS STIPULATED AND AGREED by and between plaintiffs DUKE ENERGY CORPORATION, et al., by its undersigned counsel, and defendant UNITED STATES OF AMERICA, by its undersigned counsel, that Count I of this action be and is dismissed with prejudice, that Count II of this action be and is dismissed without prejudice, with the parties bearing their respective costs, including any possible attorney's fees or other expenses of this litigation.

/

/

/

/

/

2181003.11

Respectfully Submitted,

GRETCHEN C.F. SHAPPERT
United States Attorney

PAUL B. TAYLOR
Assistant U.S. Attorney

*/s/ Joshua D. Smeltzer*

JOSHUA D. SMELTZER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-0855
Facsimile: (202) 514-6866
Joshua.D.Smeltzer@usdoj.gov

TROUTMAN SANDERS LLP

*/s/ Tony Borton*

THOMAS E. BORTON, IV
GAVIN B. PARSONS,
Post Office Box 1389
Raleigh, North Carolina 27602-1389
Telephone: (919) 212-4100
Facsimile: (919) 212-4101